UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES SMITH,

        Plaintiff,                             Case No. 1:14-cv-984

v.                                           HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  The parties filed a Stipulation for allowance of attorney fees under the Equal Access to Justice Act (Dkt 19).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 27, 2016, recommending that this Court grant the stipulation.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for allowance of attorney fees under the Equal Access to Justice Act (Dkt 19) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff's counsel fees in the amount of $2,550.00.

Dated:  May 17, 2016                              /s/Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge